*VIA CM/ECF*
September 27, 2024

Hon. Michael E. Farbiarz
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re: *Lim v. Amity One Debt Relief***
    **Case No. 2:24-cv-04778-MEF-AME**
    **Joint Status Letter**

Dear Judge Farbiarz:

  Plaintiff and Defendant provide the following letter regarding the status of this action.

  On July 12, 2024, Plaintiff served a first set of written discovery on Defendant.

  When Defendant failed to timely respond to the discovery, on August 13 and 14, 2024, Plaintiff's counsel contacted Defendant's counsel regarding the status of the responses.

  On August 15, 2024, after the deadline to respond to the discovery, Defendant requested, and Plaintiff agreed to, a 10 day extension to respond to Plaintiff's discovery.

  To date, despite repeated representations that the discovery responses would be forthcoming in response to Plaintiff's counsel's repeated follow ups regarding the status of the responses, Defendant has failed to respond to Plaintiff's discovery served July 12, 2024.

  Counsel for Defendant acknowledges the foregoing and advises the Court that he has reached out as recently as Thursday September 27, 2024 with his client and their corporate attorney in order to resolve the discovery issues. In a further attempt to move this matter forward, counsel for Defendant has sent a proposed Confidentiality Order to Plaintiff's attorney today.

       Respectfully submitted,

*/s/ Nicholas M. Fausto*      */s/ Nicholas A. Moschella*