*VIA CM/ECF*
January 24, 2024

Hon. Michael E. Farbiarz
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re: *Lim v. Amity One Debt Relief***
> **Case No. 2:24-cv-04778-MEF-AME**
> **Joint Status Letter**

Dear Judge Farbiarz:

Plaintiff and Defendant provide the following letter regarding the status of this action.

The parties have reach an agreement in principle to resolve Plaintiff Lim's claim in this matter individually.

On December 5, 2024, Plaintiff's counsel provided a draft settlement agreement to Defendant's counsel. Counsel for Defendant has contacted his client and is awaiting a response regarding completion of the settlement. Although Defendant has not executed the settlement agreement, on January 23, 2025, Defendant's counsel indicated that Defendant intends to make payment forthwith.

In the event that Defendant does not complete settlement, Counsel for Defendant intends to file Motion to be relieved as Counsel in this action. Plaintiff intends to move to compel compliance with the parties' settlement if Defendant does not execute the agreement and/or remit payment.

Respectfully submitted,

*/s/ Nicholas M. Fausto*                    */s/ Nicholas A. Moschella*

1